**IN THE SUPREME COURT OF PENNSYLVANIA
WESTERN DISTRICT**

EUGENE P. GESUALE,             :   No. 34 WAL 2022

             Respondent         :

                                 :   Petition for Allowance of Appeal

                                 :   from the Order of the Superior Court

             v.                       :

                                 :

JENNIFER L. GESUALE,        :

                                 :

             Petitioner           :

## <u>ORDER</u>

**PER CURIAM**

      **AND NOW**, this 16th day of March, 2022, the Petition for Allowance of Appeal is **DENIED**.